# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 31, 2015

149243(59)

DIRECTOR, WORKERS' COMPENSATION
AGENCY,
      Plaintiff,

v

MacDONALD'S INDUSTRIAL PRODUCTS,
INC., and CREDITOR TRUST AND SECURITY
AGREEMENT OF MacDONALD'S
INDUSTRIAL PRODUCTS, INC.,
      Defendants.

_____/

THOMAS E. WOODS,
      Receiver-Appellant,

v

CITY OF KENTWOOD and KENT COUNTY,
      Intervenors-Appellees,
and

BUIST ELECTRIC, INC., DYKEMA
EXCAVATORS, INC., FLOW AUTOMATION
SYSTEMS CORP, GENERAL MOTORS CORP,
LEAR CORP, DEPARTMENT OF
ENVIRONMENTAL QUALITY, and
DEPARTMENT OF TREASURY,
      Intervenors.

_____/

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

SC: 149243
COA: 311184
Ingham CC: 07-001035-CZ

      On order of the Court, the motion for reconsideration of this Court's October 28, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 31, 2015 <u>            </u>



p0323                                       Clerk